# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Stat Imaging, LLC,

Plaintiff(s),

v.

Medical Specialists, Inc., P.C.,

Defendant(s).

Case No. 13 C 1921
Judge Harry D. Leinenweber

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Stat Imaging, LLC,
and against defendant(s) Medical Specialists, Inc. P.C.
in the amount of $224,166.48,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☐ tried by Judge without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion for summary judgment.

Date: 10/29/2014

Thomas G. Bruton, Clerk of Court

Wanda Parker, Deputy Clerk